**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK** )
                     ) ss.:
**COUNTY OF NEW YORK** )

**NOEL W. HAUSER**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside at New York City, New York.

On September 7, 2007 I served the annexed SUMMONS AND COMPLAINT on LOLLY TOGS LTD., one of the defendants named therein, a corporation organized under the laws of the State of New York, by personally delivering a true copy thereof to JEFFREY DWECK, who identified himself as an officer and person authorized to accept service in behalf of said defendant LOLLY TOGS LTD., at its offices located at 100 West 33 Street, New York City. Deponent knew said corporation so served to be the corporation described in said Summons and Complaint as said defendant and knew said individual to be an officer thereof.

_____
NOEL W. HAUSER

Sworn to before me this
7th day of September, 2007

_____
Notary Public

Estelle Ginsberg
Notary Public, State of New York
No. 01GI4728346
Qualified in Queens County
Commission Exp. Nov. 30, 2008

2010

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

    NOEL W. HAUSER, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age, and reside at New York City, New York.

    On September 7, 2007, I served a true copy of the annexed SUMMONS AND COMPLAINT in the following manner: by delivering the same personally to the place of business of RICHARD SUTTON, one of the defendants named herein at 100 West 33 Street, New York, New York, being the defendant's actual place of business; deponent served the within Summons and Complaint by delivering thereat a true copy thereof to Jeffrey Dweck, a person of suitable age and discretion.

    Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, 100 West 33 Street, New York City, and deposited said wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                         _____
                                         Noel W. Hauser

Sworn to before me this
7th day of September, 2007

_____
Notary Public

Estelle Ginsberg
Notary Public, State of New York
No. 01GI4728346
Qualified in Queens County
Commission Exp. Nov. 30, 2010

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

    NOEL W. HAUSER, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age, and reside at New York City, New York.

    On September 7, 2007, I served a true copy of the annexed SUMMONS AND COMPLAINT in the following manner: by delivering the same personally to the place of business of ALFRED SUTTON, one of the defendants named herein at 100 West 33 Street, New York, New York, being the defendant's actual place of business; deponent served the within Summons and Complaint by delivering thereat a true copy thereof to Jeffrey Dweck, a person of suitable age and discretion.

    Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, 100 West 33 Street, New York City, and deposited said wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                   _____
                                                    Noel W. Hauser

Sworn to before me this
7th day of September, 2007

_____
    Notary Public

Estelle Ginsberg
Notary Public, State of New York
No. 01GI4728346
Qualified in Queens County
Commission Exp. Nov. 30, 2010