09/25/2007 11:38 FAX 9143211398    WOLF HALDENSTEIN    ☒002

SFRIZZC,S



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
VICTOR HARARY,

    Plaintiff,

-against-    07 CV 7878 (J⋯)

LOLLY TOGS LTD., RICHARD SUTTON    **STIPULATION**
and ALFRED SUTTON.,

    Defendants.
---------------------------------------------------x

    Plaintiff Victor Harary and defendants Lolly Togs Ltd., Richard Sutton and Alfred Sutton (collectively, the "defendants") hereby stipulate that the time within which the defendants may answer or otherwise respond to plaintiff's Complaint shall be extended by 7 days, so that such responsive pleading is now due no later than October 4, 2007.

Dated: New York, New York
       September 25, 2007

NOEL W. HAUSER & ASSOCIATES    FULBRIGHT & JAWORSKI L.L.P.

By: _Noel W. Hauser (es)_    By: _Bu Full_
270 Madison Avenue – 13th Floor    Neil G. Sparber
New York, New York 10016    Brian Tilker
Attorneys for Plaintiff    666 Fifth Avenue, 31st Floor
Telephone: (212) 688-6400    New York, New York 10103-3198
Facsimile: (212) 688-6457    Attorneys for Defendants
    Telephone: (212) 318-3000
    Facsimile: (212) 318-3400

SO ORDERED

55073824.1