UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VICTOR HARARY,

        Plaintiff,

-against-

LOLLYTOGS LTD., RICHARD SUTTON
and ALFRED SUTTON,

        Defendants.

------------------------------------------------------------x

07 CV 7878 (JES)

**PROPOSED ORDER**

IT IS HEREBY ORDERED that defendants Lollytogs Ltd., Richard Sutton, and Alfred Sutton shall be permitted to serve and file a motion to dismiss to the complaint in the above-referenced matter without a pre-motion conference having been held.

IT IS FURTHER ORDERED that the time within which the defendants may serve and file a motion to dismiss plaintiff's Complaint shall be extended by 7 days, so that such responsive pleading is now due no later than October 11, 2007

IT IS SO ORDERED.   10/10/07

_for_ _[signature]_
Hon. John E. Sprizzo