Neil G. Sparber
Brian W. Tilker
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York  10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

VICTOR HARARY,

        Plaintiff,

    -against-                                07 CV 7878 (JES)

LOLLY TOGS LTD., RICHARD SUTTON
and ALFRED SUTTON.,

        Defendants.

------------------------------------------------------------ x

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      Defendant Lollytogs Ltd., by and through their undersigned counsel, in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, submit this Disclosure in the above-captioned action and respectfully state that Lollytogs Ltd. is not a publicly held corporation and that no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       October 11, 2007

                                      FULBRIGHT & JAWORSKI L.L.P.

                                      _____
                                      Neil G. Sparber
                                      666 Fifth Avenue
                                      New York, New York 10103
                                      Telephone: (212) 318-3000
                                      Facsimile: (212) 318-3400
                                      Attorneys for Defendants