Neil G. Sparber
Brian W. Tilker
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

VICTOR HARARY,                    :

        Plaintiff,             :       07 CV 7878 (JES)

    -against-                  :       **AFFIDAVIT IN SUPPORT OF**
                                     **MOTION TO DISMISS**

LOLLYTOGS LTD., RICHARD SUTTON    :
and ALFRED SUTTON,                :

        Defendants.            :

------------------------------------------------ x

STATE OF NEW YORK      )
                          ) SS.:
COUNTY OF NEW YORK   )

    NEIL G. SPARBER being duly sworn, deposes and says:

   1.  I am a member of the firm of Fulbright & Jaworski L.L.P. and I submit this affidavit for

the sole purpose of placing certain documents before the Court.  In connection therewith,

attached hereto as Exhibit A is a true and correct copy of the complaint filed by plaintiff in this

action.

                                   _____
                                            Neil G. Sparber

Sworn to before me this
11th day of October, 2007

_____
Notary Public

JOYCE E. BREACH
Notary Public, State of New York
No. 01BR5074834
Qualified in New York County
Commission Expires March 24, 2011