## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument was served via hand delivery on the 11th day of October 2007 to:

>Noel W. Hauser, Esq.
>Noel W. Hauser & Associates
>270 Madison Avenue – 13th Floor
>New York, New York 10016
>(212) 688-6400

                                                   */s/ Brian W. Tilker*
                                                   Brian W. Tilker