```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
VICTOR HARARY,

                        Plaintiff,
        - against -                             07 Civ. 7878 (JES)
                                                    ORDER
LOLLY TOGS LTD., RICHARD SUTTON
and ALFRED SUTTON,

                        Defendants.
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

The above-captioned action having come before the Court, and defendants having requested an extension of time in which to submit their Motion to Dismiss, and the Court having considered all matters raised, it is

**ORDERED** that defendants' time to submit their Motion, not to exceed twenty five (25) pages, shall be and hereby is extended to October 15, 2007.

Dated:    New York, New York
          October 11, 2007

                                        _____
                                   for     John E. Sprizzo
                                           United States District Judge