```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
VICTOR HARARY,

                Plaintiff,
         - against -                           07 Civ. 7878 (JES)
                                                     ORDER
LOLLY TOGS LTD., RICHARD SUTTON
and ALFRED SUTTON,

                Defendants.
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

The above-captioned action having come before the Court, and defendants having filed a Motion to Dismiss, and the Court having considered all matters raised, it is

**ORDERED** that plaintiff shall submit his Response to such Motion, not to exceed twenty five (25) pages, on or before November 15, 2007.

Dated:   New York, New York
         October 17, 2007

                                    _____
                                    John E. Sprizzo
                                    United States District Judge