UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR HARARY,

           Plaintiff,

-against-

LOLLY TOGS LTD., RICHARD SUTTON and ALFRED SUTTON,

           Defendants.

No. 07 CV 07878 (JES)

**NOTIFICATION OF SUBSTITUTION OF COUNSEL**

---

    Defendants Lolly Togs LTD, Richard Sutton and Alfred Sutton (collectively "Defendants") hereby notify the Court and counsel for Plaintiff Victor Harary that Defendants are substituting the firm of Jackson Lewis LLP for the firm of Fulbright & Jaworski L.L.P. as counsel for Defendants in the above-referenced case.

Dated: October __, 2007
       New York, New York

By: _____
JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000

Felice B. Ekelman (FE 5692)
John A. Snyder, II (JS 4786)
SUBSTITUTING COUNSEL FOR DEFENDANTS

Dated: October 22, 2007
       New York, New York

By: _____
FULBRIGHT & JAWORSKI L.L.P
666 Fifth Avenue
New York, New York 10103
(212) 318-3038

Neil G. Sparber
WITHDRAWING COUNSEL FOR DEFENDANTS