UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR HARARY,

        Plaintiff,

-against-

LOLLY TOGS LTD., RICHARD SUTTON and ALFRED SUTTON,

        Defendants.

No. 07 CV 07878 (JES)

**AFFIDAVIT OF NEIL G. SPARBER, ESQ. PURSUANT TO LOCAL RULE 1.4 IN SUPPORT OF DEFENDANTS' REQUEST TO SUBSTITUTE COUNSEL**

---

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

NEIL G. SPARBER, being duly sworn, deposes and says:

1.     I am a member of the law firm of Fulbright & Jaworski L.L.P. I am familiar with the facts set forth herein.

2.     This affidavit is submitted pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in connection with the request of Defendants Lolly Togs LTD., Richard Sutton and Alfred Sutton (collectively "Defendants") (1) to permit Fulbright & Jaworski L.L.P. to withdraw as counsel of record for Defendants named in this litigation, and (2) to permit Jackson Lewis LLP, by Felice B. Ekelman, Esq. and John A. Snyder II, Esq. to be substituted as counsel of record for Defendants in connection with the above-captioned action.

3. At the outset of this matter, Defendants retained Fulbright & Jaworski L.L.P. to represent them in this action. During the week of October 15, 2007, Defendants determined they wished to have Jackson Lewis LLP substitute in as their counsel of record.

4. I will cooperate in effectuating this substitution.

5. On or about September 7, 2007, Plaintiff Victor Harary filed a Complaint against Defendants alleging breach of contract, breach of the covenant of good faith and tortious interference with contract.

6. Defendants filed a Motion to Dismiss on October 11, 2007.

7. Defendants' motion is currently pending before the Court.

8. Based on the foregoing, Defendants respectfully request the Court to permit Fulbright & Jaworski L.L.P. to withdraw as counsel of record for Defendants, and to permit Jackson Lewis LLP, by Felice B. Ekelman, Esq. and John A. Snyder II, Esq., to substitute as counsel for Defendants in connection with the above-captioned action.

_____
Neil G. Sparber

Sworn to before me this
22nd day of October 2007.

_____
Notary Public

EMILY RANIERI
NOTARY PUBLIC, State of New York
No. 31-4971664
Qualified in New York County
Commission Expires Sept. 10, 2010

2