

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HARARY,

    Plaintiff,

-against-

LOLLY TOGS LTD., RICHARD SUTTON and ALFRED SUTTON,

    Defendants.

No. 07 CV 07878 (RPP)

**ENTRY AND WITHDRAWAL OF APPEARANCE ON BEHALF OF DEFENDANTS**

Jackson Lewis LLP, by Felice B. Ekelman, Esq. and John A. Snyder II, Esq. hereby enters its appearance as counsel of record for Defendants Lolly Togs LTD., Richard Sutton and Alfred Sutton (collectively "Defendants"). Fulbright & Jaworski L.L.P., 666 Fifth Avenue, New York, New York, hereby withdraws as counsel for Defendants. Jackson Lewis LLP, by Felice B. Ekelman, Esq. and John A. Snyder II, Esq. will substitute in as counsel of record for Defendants.

Dated: October __, 2007
New York, New York

By: _____

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000

Felice B. Ekelman (FE 5692)
John A. Snyder II (JS 4786)

                                                  FULBRIGHT & JAWORSKI L.L.P  
                                                  666 Fifth Avenue  
                                                  New York, New York 10103  
                                                  (212) 318-3038

Dated: October ___, 2007        By: _____  
New York, New York                     Neil G. Sparber

IT is SO ORDERED this  
25th day of October, 2007

_____  
HON. JOHN E. SPRIZZO, U.S.D.J.