# jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
59 Maiden Lane
New York, New York 10038
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ATLANTA, GA
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
DENVER, CO
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX

LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PITTSBURGH, PA
PORTLAND, OR

PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

DIRECT DIAL: (212) 545-4021
EMAIL: ZOLDESSJ@JACKSONLEWIS.COM

November 2, 2007



**VIA FACSIMILE (212-805-7917)**

Honorable Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re: Harary v. Lollytogs, Ltd.
Civ. Action No.: 07-7878 (RPP)

Dear Judge Patterson:

      We are counsel representing Defendants Lollytogs, Ltd., Richard Sutton and Alfred Sutton (collectively referred to herein as "Defendants") in connection with the above-referenced matter. Specifically, we filed an Entry and Withdrawal of Appearance On Behalf Of Defendants that Your Honor "So Ordered" on October 25, 2007, substituting us for Defendants' prior counsel, Fulbright & Jaworski L.L.P.

      Prior to our appearance in the case, Defendants filed a motion to dismiss on October 11, 2007. Plaintiff's opposition to Defendants' motion is currently due on November 5, 2007, with Defendants' reply due on November 9, 2007 and oral argument scheduled for November 13, 2007. Given our recent retention to provide representation in this case, we respectfully request a one week adjournment through and including November 16, 2007 for the submission of Defendants' reply brief, with the date for oral argument adjourned to a date convenient for the Court. No previous adjournments or extensions have been requested in connection with the reply brief. We have contacted Plaintiff's counsel, Noel W. Hauser, Esq., to request consent for this adjournment. Mr. Hauser advised that he would grant an extension for Defendants to submit their reply brief until November 12, 2007 (one business day after the current due date) but would not consent to adjourn the due date until November 16, 2007 as he wants to proceed with oral argument on November 13, 2007.

*application granted*
*So ordered*
*Robt P Patterson*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07



Honarable Robert P. Patterson, U.S.D.J.
United States District Court
November 2, 2007
Page 2

If acceptable to Your Honor, we request that this letter be "So Ordered." Thank you for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS LLP

Jason A. Zoldessy

cc: Noel W. Hauser, Esq. (via facsimile)
John A. Snyder II, Esq.
Felice B. Ekelman, Esq.