**Noel W. Hauser and Associates**
*Attorneys at Law*
270 Madison Avenue, 13th Floor
New York, New York 10016
Telephone 212-688-6400
Facsimile 212-688-6457

**MEMO ENDORSED**

**RECEIVED NOV 14 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON**

November 13, 2007

Honorable Robert P. Patterson,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Room 2550
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

  Re: Harary vs. Lollytogs Ltd., et al.
    Case No. 07 CV 7878 (RPP)

Honorable Sir:

  Our office represents plaintiff in this action.

  With respect, this letter is intended to confirm that the new adjourned date set for oral argument on the current motion before the Court is December 3, 2007 at 2:00 P.M. Said oral argument was originally scheduled for today, November 13, 2007 at 11:00 A.M.

          Respectfully yours,

          */s/ Noel W. Hauser*

NWH:eg
Via FAX (212 805-0140)
and First Class Mail
cc: Jackson Lewis LLP
  Attention: John A. Snyder II, Esq.
  (Via FAX 212 972-3213)

*So ordered*
*/s/ Robert P. Patterson*
USDJ
11/14/07