## Noel W. Hauser and Associates
### Attorneys at Law
270 Madison Avenue, 13th Floor
New York, New York 10016
Telephone 212-688-6400
Facsimile 212-688-6457

**RECEIVED DEC 3 - 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON**

**MEMO ENDORSED**

December 3, 2007

Honorable Robert P. Patterson,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Room 2550
New York, New York 10007-1312

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07**

    Re:  Harary vs. Lollytogs Ltd., et al.
         Case No. 07 CV 7878 (RPP)

Honorable Sir:

    Our office represents plaintiff in this action.

    With respect, this letter is intended to advise the Court that Mr. Hauser is unable to attend before the Court this afternoon for oral argument as he is ill. Our adversary has consented to an adjournment of this motion to either December 17 or December 18, pending approval of the Court.

    We appreciate the Court's indulgence.

                                     Respectfully yours,

                                     Noel W. Hauser

NWH:eg
Via FAX (212 805-7917)
and First Class Mail
cc:  Jackson Lewis LLP
     Attention:  John A. Snyder II, Esq.
     (Via FAX  212  972-3213)

*application granted
argument adjourned
to 12/18/07 @ 4PM
So ordered
Robert P. Patterson
USDJ
12/03/07*