UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR HARARY,

        Plaintiff,

-against-

LOLLY TOGS LTD., RICHARD SUTTON and ALFRED SUTTON,

        Defendants.

No. 07 CV 07878 (RPP) (KNF)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

        IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff Victor Harary ("Plaintiff") and Defendant Lollytogs, Ltd. ("Defendant") that the time by which Defendant shall answer, move or otherwise respond to Plaintiff's Complaint shall be extended from February 15, 2008 through and including February 29, 2008. No prior extensions of time have been sought or granted.

NOEL W. HAUSER AND ASSOCIATES
270 Madison Avenue, 13th Floor
New York, New York 10016
(212) 688-6400

By: _____
    Noel W. Hauser

ATTORNEYS FOR PLAINTIFF

Dated: February 5, 2008

JACKSON LEWIS LLP
59 Maiden Lane, 39th Floor
New York, New York 10038-4502
(212) 545-4000

By: _____
    John A. Snyder II (JS 4786)
    Felice B. Ekelman (FE 5692)

ATTORNEYS FOR DEFENDANT LOLLYTOGS, LTD.

Dated: February 5, 2008

SO ORDERED: February 6, 2008

_____
Hon. Robert P. Patterson, Jr. U.S.D.J.