**Noel W. Hauser and Associates**
*Attorneys at Law*
270 Madison Avenue, 13th Floor
New York, New York 10016
Telephone 212-688-6400
Facsimile 212-688-6457

RECEIVED APR - 9 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**MEMO ENDORSED**

April 9, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

Honorable Robert P. Patterson,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Room 2550
New York, New York 10007-1312

    Re: Harary vs. Lollytogs Ltd., et al.
        Case No. 07 CV 7878 (RPP)

Honorable Sir:

    Plaintiff respectfully requests that the Case Management Conference scheduled for April 30, 2008 be rescheduled to later that day or either of the two days following, or sometime after May 10, 2008, as I am scheduled to appear at JCP Part in Supreme Court, Kings County, as attorney for plaintiff in the case of Saldivar vs. I.J. White Corp. at 10:00 A.M., April 30, 2008.

                        Respectfully yours,

                        Noel W. Hauser

NWH:eg
Via FAX (212 805-7917)
and First Class Mail
cc: Jackson Lewis LLP
    Attention: John A. Snyder II, Esq.
    (Via FAX 212 972-3213)

*Application granted. Conference will be held at 4 P.M. on April 30, 2008. So ordered.*
*Robt P Patterson*
*USDJ*
*4/9/08*