AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

## APPEARANCE

Case Number: 07 CV 07878 (RPP) (KNF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lollytogs Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/10/08 | *(signature)* |
| Date | Signature |
| | Jason A. Zoldessy — JZ 6522 |
| | Print Name — Bar Number |
| | Jackson Lewis LLP, 59 Maiden Lane, 39th Floor |
| | Address |
| | New York — NY — 10038 |
| | City — State — Zip Code |
| | (212) 545-4021 — (212) 972-3213 |
| | Phone Number — Fax Number |