**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Haravy
　　　　　Plaintiff(s)

-against-

Lolltoys Ltd.

_____Defendant(s)_____

PATTERSON, D.J.

07 CV 7878 (RPP)
**SCHEDULING ORDER**

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes ____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by __10/31/08__.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by __11/14/08__.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for __11/24/08__ at __9:30 AM__.

Dated: New York, New York
　　　　May 1, 2008

SO ORDERED.

_/s/ Robert P. Patterson_
**ROBERT P. PATTERSON, JR.**
**U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08