UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

VICTOR HARARY,                          Civil Action No.
                                        07 CIV 7878
                        Plaintiff,      (PATTERSON, J.)


            -against-                   **NOTICE OF MOTION**


LOLLY TOGS LTD., RICHARD SUTTON
and ALFRED SUTTON,

                        Defendants.

- - - - - - - - - - - - - - - - - - -X


    **PLEASE TAKE NOTICE** that upon the annexed affirmation of NOEL

W. HAUSER dated the 11th day of June, 2006, and the exhibits

thereto annexed, the undersigned will move before Honorable

Robert P. Patterson, United States District Judge, at the United

States Courthouse, 500 Pearl Street, New York City, on the 8th

day of July, 2008 at 9:30 A.M., for an Order compelling the

defendants to produce documents pursuant to plaintiff's Document

Production Request, and for such other, further and different

1

relief as to the Court may seem proper in the premises, as well
as for the costs for this motion.

**DATED:**    **New York, New York**
    **June 11, 2008**

                    **Respectfully submitted,**


                    **/s/**
                    **NOEL W. HAUSER AND ASSOCIATES**
                    **Attorneys for Plaintiff**
                    **270 Madison Avenue - 13th Fl.**
                    **New York, New York 10016**
                    **212  688-6400**


**TO:**
    **JACKSON LEWIS LLP**
    **Attorneys for Defendants**
    **59 Maiden Lane**
    **New York, New York 10038**

2