# jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
59 Maiden Lane
New York, New York 10038
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ATLANTA, GA | LONG ISLAND, NY | PORTLAND, OR
BIRMINGHAM, AL | LOS ANGELES, CA | PROVIDENCE, RI
BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC
CHICAGO, IL | MINNEAPOLIS, MN | RICHMOND, VA
CLEVELAND, OH | MORRISTOWN, NJ | SACRAMENTO, CA
DALLAS, TX | NEW ORLEANS, LA | SAN FRANCISCO, CA
DENVER, CO | NEW YORK, NY | SEATTLE, WA
DETROIT, MI | ORANGE COUNTY, CA | STAMFORD, CT
GREENVILLE, SC | ORLANDO, FL | WASHINGTON, DC REGION
HARTFORD, CT | PHILADELPHIA, PA | WHITE PLAINS, NY
HOUSTON, TX | PHOENIX, AZ
LAS VEGAS, NV | PITTSBURGH, PA

DIRECT DIAL: (212) 545-4021
EMAIL: ZOLDESSJ@JACKSONLEWIS.COM

July 25, 2008

RECEIVED JUL 25 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

**VIA FACSIMILE (212-805-7917)**

Honorable Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

MEMO ENDORSED

Re: <u>Harary v. Lollytogs, Ltd.</u>
<u>Civ. Action No.: 07-7878 (RPP) (KNF)</u>

Dear Judge Patterson:

    We are counsel representing Defendant Lollytogs, Ltd. ("Defendant") in connection with the above-referenced matter. The parties are currently scheduled to appear before Your Honor for a settlement conference on Tuesday August 19, 2008 at 2:00 p.m. However, Defendant's representative with settlement authority is not available for the conference on that date. Defendant is available on Tuesday August 26, 2008 at 2:00 p.m. We have consulted with the office of counsel for Plaintiff Victor Harary, Noel W. Hauser, Esq., and been advised that Mr. Harary and Mr. Hauser are both available at that time. Accordingly, we respectfully request that the settlement conference be adjourned to August 26, 2008 at 2:00 p.m. or to another date mutually convenient for the parties and the Court.

    Thank you for your consideration in this regard.

Respectfully submitted,

JACKSON LEWIS LLP

Jason A. Zoldessy

cc: Noel W. Hauser, Esq. (via facsimile)
John A. Snyder II, Esq.

*Application granted. So ordered.*
*Robert P. Patterson, USDJ*
*7/25/08*