*Noel W. Hauser and Associates*

*Attorneys at Law*

*270 Madison Avenue, 13th Floor*

*New York, New York 10016*

*Telephone 212-688-6400*

*Facsimile 212-688-6457*

[RECEIVED AUG 21 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON]

August 21, 2008

Honorable Robert P. Patterson,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Room 2550
New York, New York 10007-1312

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/21/08]

    Re: Harary vs. Lollytogs Ltd., et al.
        <u>Case No. 07 CV 7878 (RPP)</u>

Honorable Sir:

    Our office represents the plaintiff in the above entitled action.

    With respect, I wish to advise the Court that Mr. Hauser, the attorney in charge of this matter, is currently in Mt. Sinai Hospital in New York City, and as a result is unable to attend the August 26, 2008 settlement conference.

    We have advised counsel for the defendants of the foregoing and he has consented to a thirty-day adjournment, subject to the clients' availability and the Court's approval.

    Accordingly, we respectfully request that the settlement conference be adjourned to a mutually convenient date for the Court and the parties.

                          Respectfully yours,

                          Esther Ginsberg, Secretary to
                          Noel W. Hauser

/eg
Via FAX (212 805-7917)
cc: Jackson Lewis LLP
    Via FAX (212 972-3213)

**MEMO ENDORSED**

*Application Granted. Settlement Conference adjourned to 9/29/08 at 4 PM. So Ordered. Robert P. Patterson, U.S.D.J. 8/21/08*